UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 MAR 30 P 1: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

Lance 3X Hullum and, )
Faye Hullum )
 )
      Plaintiff, )
 )
v. )
 )
Michael Maloney, ET AL., )
 )
      Defendants. )

Civil Action
No. 04-10100-GAO

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for the defendants.

                  Respectfully submitted,

                  NANCY ANKERS WHITE
                  Special Assistant Attorney General

                  Joel J. Berner
                  Counsel
                  BBO # 550188
                  Department of Correction
                  70 Franklin Street, Suite 600
                  Boston, MA  02110
                  (617) 727-3300, Ext. 140

Dated: March 29, 2004