<u>UNITED STATES DISTRICT</u>
<u>COURT FOR FIRST CIRCUIT</u>

<u>LANCE 3X, Hullum,</u>
         Plaintiff/claimant
   Vs.
<u>MICHAEL T. MALONEY,</u>
         Respondant/claimant

C.A. No's
04-10100-GAO
04-10103-GAO

(handwritten copy)

---

<u>MOTION TO AMEND COMPLAINT CLAIMS under Fed.</u>
<u>Civil Rule p.</u>

Now. comes the pro se plaintiff respectfully moves this honorable court to be allowed to amend his complaint claims in the above entitled matter.

<u>Respectfully submitted</u>
<u>LANCE 3X, Hullum,</u>
P.O. Box #100 South
WALPOLE, MASS.
02071.

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I served Defendant's Attorney Joel J. Berner at Department of Correction #70, Franklin street suite #600 Boston mass. 02110 (617) 727-3300, Ext. 140.