United States District Court For Massachusetts

LANCE 3X Hullum,
Plaintiff

Vs.

MICHEAL T. MALONEY, et al
Defendant

C.A. No. 04-10100-GAO
04-10103-GAO

---

RECONSIDERATION OF The Denial To Amend Complaint Plaintiff's motion to Amend Complaint under Fed. R. civ. p. 15(a).

Now comes the plaintiff in the above entitled matter and case respectfully moves this honorable court pursuant to Fed. R. civ. p. 15(a), to Amend the enclosed complaint for the above entitled matter pending.

Respectfully Submitted
LANCE 3X Hullum,
P.O. Box #100 south
WALPOLE mass.
02071.

DATED: 5/3/04.