1-04-CV-10100



**Victory Chapel & Joy Ministry**
*Founder & Overseer, Bishop & Pastor*
*Faye Joy Hullum*
498 Norfolk Street, Mattapan, MA 02126
*Sister Patricia Boyd, Secretary and Church Clerk*

5/2/04

Psalm 107 v. 1 Oh Give thanks unto the Lord for he is good and his mercy endureth forever!

Praise the Lord! For the Lord is Good!

Dear Judge O'Honor O'Toole Jr.

I Bishop Hullum is writing you this letter in regard of my one & only Son, Lance O'Neal Hullum who has been incarcerated for 16 long years for a crime he didn't commit & has been discriminated against & treated very badly while at Cedar Junction. They Judge him by the crime & the charges that he is serving time for. They don't know whether he is Guilty or Innocent. But God know's. That why, Lance att is reopen his case. I am not Please with you Dismiss his Amend Complaint. The World need to know what going on at MCI Walpole. I Pray each & every day that God will close Walpole State Prison. They treated these Men very badly there. I am not going to rest until Lance case goes to the Boston Globe. God Bless, Yours Submitted Bishop F.J Hullum