UNITED STATE DISTRICT COURT
OF MASSACHUSETTS

SCANNED
DATE 5/13/04

LANCE 3X, HULLUM,
plaintiff

Vs.

MICHAEL T. MALONEY, et al
Defendants

C.A.NO.04-10103-GAO
04-10100-GAO

PLAINTIFFS REQUEST FOR ADMISSION

#1, Admit that on November 4th, 2003, all defendants had direct involvement in the classification process of the plaintiff.

#2  Admit that on November 4th, 2003, at 2:15pm plaintiff was placed in ten block immediately after a special class-board.

#3, Admit that on November 4th, 2003, and on January 24th, 2004, all defendant was on duty.

#4  Admit that in plaintiffs six-part-folder is filled with numerous complaints about correctional officers being in-cahoots with Aryan or white supremacist inmates.

#5, Admit that plaintiff reqested numerous transfers due to his enemies situation with both correctional officers and inmates, Aryan or white supremacist gang members.

#6, Admit that defendants are aware of the violent history of M.C.I. cedar junction.

#7, Admit that plaintiff has been in M.C.I. cedar junction for over ten years straight.

#8, Admit the policy created by prison officials regarding if a inmate receives a d-report, his prior class-board trans-fer approvval will be cancelled, is not regularly and con-sistently followed by prison officials.

#9, Admit that defendants all knew sense 2001, that plaintiff had numerous inmate and corretional officers enemies in cedar junction because of complaints and past altercations and institutional documentation of incidents.

#10, Admit that plaintiff has presented gang member issues by way of grievnance NO.3246, and NO,1619, and NO.1954.

#11, Admit that plaintiffs medical records show that plaintiff
   tested positive for LUPUS illness sense 1994, by way of
   ANTI_NUCLEAR_ANTIBODIES blood test.

                    CERTIFICATE   OF   SERVICE
I,  hereby do certify that I've served Joel J. Berner Attorney
of the defendants the same motion  to DEPARTMENT of corrects,
#70, franklin street, suite600,
Boston,MASS 02110(617)727-3300.

                                      Mr Lance 3X Hullum
                                      LANCE 3X, HULLUM,
                                      p.O.BOX 100, SOUTH
                                      WALPOLE MASS 02071
DATED:5/4/2004.