UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF MASSACHUSETTS

SUFFOLK, SS

C.A. NO.
04-10100-GAO
04-10103-GAO

LANCE 3X, HULLUM,                           )
        Claimant/Plaintiff          )
                                    )
Vs.                                         )
                                    )
MICHEAL T. MALONEY, et al                   )
                                    )
        Defendants                  )
                                    )

### NOTICE OF ERROR(S)

### MOTION TO CORRECT MISSTATEMENT OF REQUESTED MONEY DAMAGES IN COMPLAINT AND AMENDED COMPLAINT/TYPO ERROR(S)

Now comes the pro se plaintiff in the above entitled matter and case respectfully moves this honorable court pursuant to the relevant to be allowed to correct typist's monies requested damages errors in plaintiff's complaint and amended complaint. The amount of damages is $500.00 not $50.00.

Respectfully submitted,

Lance 3x Hullum,
PO Box 100
South Walpole, Mass. 02071

Dated: May 18, 2004

### CERTIFICATE OF SERVICE

I hereby certify that I've served Joel J. Berner, Attorney for the defendants this same motion for correction of typo error(s) to #70, Franklin Street, Suite 600, Boston, Mass. 02110 (617) 727-3300

Lance 3x Hullum,
PO Box 100
South Walpole, Mass. 02071

Dated: May 18, 2004