SCANNED

DATE  5-18-04

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

SUFFOLK, SS.

**DOCKET NO. 04-10100 GAO**

| | |
|---|---|
| LANCE 3X HULLUM, | ) |
| | ) |
| - vs. - | ) |
| | ) |
| MICHAEL T. MALONEY, COMMISSIONER | ) |
| ET AL. | ) |
| | ) |

NOTICE OF APPEARANCE

Now comes Dana Johnson, Esquire, to represent **LANCE 3X HULLUM** in the above entitled action.

Respectfully,
By his Attorney,

Dana B. Johnson, Esquire
BBO # 639119
PO Box 133
Malden, MA 02148
781-321-3762

Dated: May 14, 2004