UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

-ANCE 3X, Hullum,
         Plaintiff

Vs.

MICHAEL T. MALONEY, et al
         Defendant

Civil Action
Nos. 04-10100-GAO
     04-10103-GAO

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34, Fed.R.Civ.P., the plaintiff do requests that the defendants produce the documents listed herein within #30, days, either by providing the plaintiff with copies or by making them avaible to the plaintiff for inspection and copying.

#1,/ Any and all grievances, complaints, or other documents received by the defendants or their agents at M.C.I. Cedar Junction prison concerning plaintiff's enemies situation/investigative files, or other documents created in response to such documen[ts] sense November 27th, 1991.

#2./ Any class-board transfer approvals and cancellation of transfer(s) document(s) and the reasons for calling off/or cancellation said transfer(s).

#3./ Any and all policies, directives, or instructions to staff concerning plaintiff's enemies situation with Aryan or white supremacist correctional officers and inmates at M.C.I. Cedar Junction prison.

#4./ Any and all polices regarding when it is appropriate and not appropriate to transfer inmates at M.C.I. Cedar Junction prison to another prison lateral or lower security, all documents in affect while plaintiff was and is incarcerated sense 1994, until 2004.

#5./ Any and all Lupus medical blood test resul of plaintiff sense 1994, up until 2004, and any and all documents of what steps you took to inform plaintiff of his serious illness aft first positive Lupus result.

Any and all documents created by any C.I. cedar Junction prison staff member in response to grievance(s) filed in 2003, and 2004, regarding medical care.

7./ Any and all documents created by any staff member at m.C.I. cedar Junction prison regarding the number of murders/stabbing that have occured at m.C.I. cedar Junction sense it was open in 1950's.

LANCE 3X, HULLUM,
*[signature]*
P.O. Box #100, South
WALPOLE, mass.
02071.

CERTIFICATE OF SERVICE:

I, do hereby certify that I've served Attorney of the defendant's Joel J. Berner, Department of corrections #70, Franklin Street, suite #600, Boston, mass. 02110-1300 (617) 727-3300, Ext. 140