United States District Court for
The Court of Massachusetts

SUFFOLK SS

Lance 3X Hullum
  Claimant/Plaintiff

CA NO
04-10100-GAO
04-10103-GAO

VS

Michael T. Maloney, et al
  DEFENDANT

NOTICE OF ERROR(S)

Motion to Correct Misstatement of Request Money DAMAGES in Complaint and AMENDED COMPLAINT / TYPO ERROR(S.)

Now comes The PRO SE Plaintiff in the above entitled matter a case respectfully moves this honorable court pursuant to the Relevant to be allow to correct typist's monies Requested damages error in Plaintiff's Complaint and Amended Complaint. The amount of DAMAGES is $50,000 not $50.00

DATED MAY 18, 2004

Respectfully Submitted
Lance 3X Hullum
Lance 3X Hullum
P.O. Box 100
South Walpole, Mass
02071

Certificate of Service

I hereby Certify that I have served Att. JOEL J. BERNER '11 for the Defendant the same motion for correction of TYPO ERROR(S) to 70-Franklin Street, Suite 600, Boston, Ma. 2110 (617) 727-3300

DATED MAY 18, 2004

Respectfully Submitted
Lance 3X Hullum
Lance 3X Hullum
P.O. Box 100