UNITED STATES DISTRICT COURT DISTRICT FOR THE MASSACHUSETTS DISTRICT

LANCE 3X, HULLUM,
  Plaintiff
Vs.
KATHLEEN M. DENNEHY, et al
  Defendants/Respendant

FILED CLERKS OFFICE
2004 JUN -8 P 12:07
U.S. DISTRICT COURT
DISTRICT OF MASS

C.A. NO

## URGENT MOTION/Fed.R.civ.P.#65(a)(b)

## ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

Upon the supporting affidavit of the plaintiff and the accompanying memorandum of Law, it is

ORDERED that defendants Kathleen M. Dennehy Commissioner of the Department of corrections and David Nolan Superintendent of M.C.I. cedar Junction show cause in room #707, of the MASSACHUSETTS United States District Court #1, COURTHOUSE WAY suit #2300 BOSTON, mass. 02109, on the ___ day of ___ 2004, why a preliminary injunction should not issue pursuant to Rule 65(a), Fed. R. civ. p., enjoining the said defendants, their successors in office, agents and employees and all other persons

acting in concern and participation with them, to provide for classification transfer and safety of plaintiff.

IT IS FURTHER ORDER that this order to show cause, and all other papers atteched to this application, shall be served on defendants Dennehy and Nolan by _____ 2004, and the United States Marshals Service is hereby directed to effectuate such service.

_____
United States District Judge

DATED: _____